IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DERWIN DAWSON,

    Plaintiff,

v.                                                      No. 1:20-cv-00078-KRS-LF

PROGRESSIVE DIRECT
INSURANCE COMPANY,

    Defendant.

## ORDER SETTING TRIAL SCHEDULING CONFERENCE

**THIS MATTER** comes before the Court *sua sponte*. Having reviewed the record, the Court will set this case for a telephonic trial-scheduling conference on **March 31, 2020 at 11:00 a.m.** to determine the scheduling and location of the trial and other significant pre-trial hearings. The parties shall call **(888) 398-2342** and enter access code **8193818** to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                */s/ Kevin Sweazea*
                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE