IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DERWIN DAWSON,

        Plaintiff,

                                                        No. 1:20-cv-00078 KRS-LF

v.

PROGRESSIVE INSURANCE COMPANY,

        Defendant.

**STIPULATED ORDER DISMISSING PLAINTIFF'S
COMPLAINT WITH PREJUDICE**

THIS MATTER having come before the Court on the Unopposed Motion to Dismiss Plaintiff's Complaint for Underinsured Motorist Benefits with Prejudice filed by Defendant Progressive Direct Insurance Company ("Progressive"), having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Complaint to Recover Damages for Personal Injuries Caused by Uninsured Motorist filed in this cause is hereby dismissed with prejudice, but only as to the claims raised in the pending Complaint (contractual UIM claim). Each party shall bear their own costs and attorney's fees incurred in this matter.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

HATCHER LAW GROUP, P.A.


BY: */s/Robert A. Corchine*
 Scott P. Hatcher, Esq.
 Robert A. Corchine, Esq,
 150 Washington Avenue, Suite 204
 Santa Fe, NM  87501
 (505) 983-6525
 *Attorneys for Defendant Progressive Direct Insurance Company*
 shatcher@hatcherlawgroupnm.com
 rcorchine@hatcherlawgroupnm.com


Approved by:

JARED M. BARLIANT & ASSOCIATES, INC.


BY: *Approved via email 08/28/2020*
 Jared M. Barliant, Esq.
 2904 Rodeo Park Dr. East, Bldg. 400
 Santa Fe, NM  87505
 (505) 471-5100
 *Attorneys for Plaintiff Derwin Dawson*
 jmbarliant@gmail.com